**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **SUKHDEEP SINGH,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY, et al.,**<br><br>**Respondents.** | **Case No. CIV-26-3070-J** |

**ORDER**

The Court ordered counsel for Petitioner to either pay the $5.00 filing fee or submit a motion to proceed in forma pauperis by October 30, 2026. *See* Doc. 5, at 2. (“**The Court further directs counsel to either pay the filing fee or apply to proceed in forma pauperis by October 30, 2026.**”).

Counsel has not complied with the Court’s order. The Court **ORDERS** counsel to show good cause for the lack of compliance **on or before November 20, 2026**. Failure to show good cause will result in a recommendation of dismissal of this action.

**SO ORDERED** this 18th day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE